UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 05-138-WOB

KENTUCKY SPEEDWAY, LLC                                                        PLAINTIFF

VS.

NATIONAL ASSOCIATION OF STOCK
CAR AUTO RACING, INC., ET AL.                                              DEFENDANTS

**MEMORANDUM ORDER**

In addition to dispositive motions, the parties have filed several non-dispositive motions, and a non-party has moved for leave to file a brief as amicus curiae in support of defendant NASCAR's pending motion for summary judgment. Further, counsel for defendant NASCAR, Helen Maher, alerted the court on August 24, 2007 to a dispute concerning the plaintiff's recent service of three subpoenas on several non-parties. At the court's request, Ms. Maher transmitted electronically to the court, with service on all counsel of record, copies of the subpoenas and electronic mail concerning the dispute.

A number of the non-dispositive disputes concern the number of pages filed in support of the pending dispositive motions. In fairness, the court will grant leave to plaintiff to file the same number of excess pages in its responses to the pending motions for summary judgment. The court would merely caution plaintiff to use this leave judiciously, without unnecessarily belaboring any single point. Defendants are also cautioned that in light of the liberal leave afforded to defendants in filing their initial motions, leave to exceed the 15 page limitation for reply briefs is unlikely to be granted.

The court concluding that several of the pending motions can be resolved on briefs alone, and having reviewed the relevant briefs, **IT IS ORDERED:**

1. The joint motion of defendants for leave to file excess pages in support of a joint motion for summary judgment [DE #224] is **granted**. Plaintiff's objection to the separately filed

motions for summary judgment by defendant ISC is **overruled**;

    2. Plaintiff's response to the defendants' motions shall not exceed the length of the joint motion; the response to each of the separately filed ISC motions shall not exceed 40 pages, and the response to the amicus curiae shall not exceed the length of that brief;

    3. The motion by Automobile Competition Committee for the United States to file an amicus curiae brief [DE #227] is **granted**, with the tendered brief to be filed;

    4. Speedway's motion for leave to file a surreply [DE #237] is **granted**, with the tendered surreply concerning the amicus brief [exhibit 3] having been fully considered for purposes of this order;

    5. Speedway's motion to modify the existing protective order [DE #223] is **denied** in part because Speedway has recourse under the existing order to challenge the designation of any specific document, and for reasons addressed in this court's prior resolution of similar issues;

    6. The defendants' joint motion to exclude the expert report and testimony of Dr. Keith Leffler, the joint motion for order to limit the expert testimony of Andrew Zimbalist, the joint motion for a hearing on the motion to exclude, the joint motion for a hearing on the motion to limit, the joint motion for summary judgment and motion for a hearing on the same, ISC's separate motions for summary judgment on the monopoly issue and on personal jurisdiction and the motion for hearing on the same [DE ##218, 219, 221, 222, 225, 226, 228, 233, 234] all shall be decided by the presiding district judge;

    7. Speedway's motion to strike the declarations of Hill and Lazarus [DE #241], as closely related to the discovery dispute identified by counsel on August 24 and as now construed as an oral motion for protective order concerning the outstanding subpoenas, will be decided by the undersigned magistrate judge following an expedited period of additional briefing;

    8. Defendants may file a combined brief in support of their construed oral motion for protective order and in opposition to the plaintiff's motion to strike on or before **September 6,**

2

**2007**, with plaintiff to file any combined response/reply not later than **September 11, 2007**.

Expedited briefing is required due to the impact on the pending motions for summary judgment; no extensions to this briefing schedule will be granted. No brief may exceed 8 pages.

This the 30th day of August 2007.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge