UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 05-138 (WOB)

KENTUCKY SPEEDWAY, LLC                                                    PLAINTIFF

VS.                                            **JUDGMENT**

NATIONAL ASSOCIATION OF STOCK
CAR AUTO RACING, INC., a/k/a NASCAR
and
INTERNATIONAL SPEEDWAY CORPORATION                 DEFENDANTS


    Pursuant to the Opinion and Order of the court entered concurrently herewith,

    **IT IS ORDERED AND ADJUDGED** that all claims of the plaintiff, Kentucky Speedway, LLC, be, and they are, hereby **dismissed**, with prejudice, at the cost of the plaintiff.

    This 7th day of January, 2008.



Signed By:
William O. Bertelsman  WOB
United States District Judge